John Doe No. 1 et al., Appellants, *v.* Archdiocese
of Cincinnati et al., Appellees.

[Cite as *Doe v. Archdiocese of Cincinnati,*
110 Ohio St.3d 157, 2006-Ohio-4087.]

(No. 2005–0262—Submitted June 20, 2006—Decided August 23, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Doe v. Archdiocese of Cincinnati*, 109 Ohio St.3d 491, 2006-Ohio-2625, 849 N.E.2d 268.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents.

RESNICK and LANZINGER, JJ., not participating.

---

**PFEIFER, J., dissenting.**

{¶ 2} I dissent for the reasons set forth in my dissenting opinion in *Doe v. Archdiocese of Cincinnati*, 109 Ohio St.3d 491, 2006-Ohio-2625, 849 N.E.2d 268, ¶ 56–76.

---

Kircher Law Office, L.L.C., and Konrad Kircher, for appellants.

Dinsmore & Shohl, L.L.P., Mark A. Vander Laan, and Kirk M. Wall, for appellees Archdiocese of Cincinnati and Archbishop Daniel Pilarczyk.

Stephen J. Wenke, for appellee Lawrence Strittmatter.